**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARMIDA SOVARZO-PACHECO, | No. 08-70278 |
| Petitioner, | Agency No. A075-594-910 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Armida Sovarzo-Pacheco, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her requests to continue or administratively

close removal proceedings.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

review for abuse of discretion the denial of a continuance. *Sandoval-Luna v. Mukasey*, 526 F.3d 1243, 1246 (9th Cir. 2008) (per curiam). We deny in part and dismiss in part the petition for review.

The agency did not abuse its discretion by denying Sovarzo-Pacheco's request for a continuance for failure to establish good cause. *See* 8 C.F.R. § 1003.29; *see also Sandoval-Luna*, 526 F.3d at 1247 (denial of continuance was within IJ's discretion where relief was not immediately available); *Gonzales v. INS*, 82 F.3d 903, 908 (1996) (denial of continuance "will not be overturned except on a showing of clear abuse").

We lack jurisdiction to review the agency's decision not to administratively close proceedings. *See Diaz-Covarrubias v. Mukasey*, 551 F.3d 1114, 1120 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**